**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JUNE 14, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**

--------------------------------------------------------------

| | |
|---|---|
| **WD77613** | **Cornelle Williams vs. State of Missouri** |
| **WD78531** | **Cheryl Tauvar vs. City of Gladstone; Treasurer of the State of Missouri-Custodian of the Second Injury Fund** |
| **WD78607** | **Alan Leonard vs. Ed Richardson** |
| **WD79142** | **Jennifer L. Joyner vs. Christopher E. Joyner** |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**

--------------------------------------------------------------

**None**